# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| **CLINTON SAMUEL TEASLEY,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **7:05-CV-1653-RRA** |
| ) | |
| **WARDEN CHERYL PRICE, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM OF OPINION

The magistrate judge filed a report and recommendation on February 1, 2006, recommending that the defendants' motion for summary judgment be granted and this cause be dismissed with prejudice. Plaintiff filed objections to the report and recommendation on February 22, 2006.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, and the objections filed by plaintiff, the court is of the opinion that the magistrate judge's report is due to be and is hereby **ADOPTED** and his recommendation is **ACCEPTED**. Warden Cheryl Price's motion for summary judgment is due to be granted and the complaint against her dismissed with prejudice. As to the medical defendants, their motion for summary judgment is due to be granted and the action against them dismissed without prejudice. An appropriate order will be entered.

**DONE** this the 27th day of March, 2006.

**VIRGINIA EMERSON HOPKINS**
United States District Judge